UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| REYNALDO AQUINO, | ) | |
| Petitioner, | ) | 2:11-cv-01587-PMP-RJJ |
| vs. | ) | |
| | ) | **ORDER** |
| DWIGHT NEVEN, *et al.,* | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On December 6, 2011, the court issued an order denying petitioner's motion to proceed *in forma pauperis* and requiring petitioner to pay the full filing fee of $5.00. Petitioner has failed to submit the required filing fee. The court expressly cautioned petitioner in its December 6, 2011 order that his failure to pay the filing fee of $5.00 could result in dismissal of this action.

**IT IS THEREFORE ORDERED** that the clerk shall **FILE** and docket the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for

1  petitioner's failure to obey this court's order of December 6, 2011.  The clerk shall **ENTER**
2  **JUDGMENT** accordingly.
3       **IT IS FURTHER ORDERED** that all pending motions are **DENIED as moot.**
4
5       Dated this _ 7th day of February, 2012.
6
7       _____
        UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26