# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

REYNALDO AQUINO, )
        Petitioner, )   2:11-cv-01587-PMP-RJJ
)
vs. )
) **ORDER**
DWIGHT NEVEN, *et al.,* )
)
        Respondents. )
_____/

     This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On December 6, 2011, the court issued an order denying petitioner's motion to proceed *in forma pauperis* and requiring petitioner to pay the full filing fee of $5.00. Petitioner has failed to submit the required filing fee. The court expressly cautioned petitioner in its December 6, 2011 order that his failure to pay the filing fee of $5.00 could result in dismissal of this action.

     **IT IS THEREFORE ORDERED** that the clerk shall **FILE** and docket the petition (ECF No. 1-1).

     **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for

1 petitioner's failure to obey this court's order of December 6, 2011. The clerk shall **ENTER**
2 **JUDGMENT** accordingly.
3       **IT IS FURTHER ORDERED** that all pending motions are **DENIED as moot.**
4
5      Dated this _ 7th day of February, 2012.
6
7                                       UNITED STATES DISTRICT JUDGE
8