UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REYNALDO AQUINO,  )
                  )
    Petitioner,   )     2:11-cv-01587-PMP-RJJ
                  )
vs.               )
                  )     **ORDER**
DWIGHT NEVEN, *et al.,* )
                  )
    Respondents.  )
_____/

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has filed an opposition to respondents' motion to dismiss in which he states, in part, that he currently has limited access to legal materials. (ECF No. 22.) Petitioner requests additional time to respond to the motion to dismiss. (*Id*.) Respondents have filed a non-opposition to petitioner's motion. (ECF No. 23.) Good cause appearing, petitioner's request for additional time to oppose the motion to dismiss is **GRANTED.** Petitioner is granted to and including November 12, 2012, to file a supplemental opposition to the motion to dismiss. Respondents shall file their reply seven days after the filing of the supplemental opposition.

Dated this __ 13th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE